UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DAMION HENRY,

                    Plaintiff,                              CV-04-4026 (JG)

     -against-

THE CITY OF NEW YORK, et al.

-------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2006 ★

**BROOKLYN OFFICE**

A P P E A R A N C E S :

     Alireza Dilmaghani
     106 Central Park South
     Suite 8D
     New York, New York 10018
     347-834-4991

     Thomas M. Poole
     Superintendent
     Five Points Correctional Facility
     Caller Box 400
     Romulus, New York 14541

AZRACK, United States Magistrate Judge

        It is hereby requested that the Five Points Correctional Facility arrange a telephone

conference call between inmate Damion Henry, DIN: 06A3244 and his attorney, Mr. Alireza

Dilmaghani, at 347-834-4991 as soon as possible.   If further confirmation is needed, please

contact my chambers at 718-613-2530.

Dated: Brooklyn, New York
       July 28, 2006

                                                    *Joan M. Azrack*
                                          _____
                                          JOAN M. AZRACK
                                          UNITED STATES MAGISTRATE JUDGE