AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK, BROOKLYN |

HENRY

V.

CITY OF NEW YORK, ET AL

**JUDGMENT IN A CIVIL CASE**

Case Number:    04-CV-4026

✔ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✔ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**Based on the court's granting in part of the defendant's motion for summary judgment (for reasons stated on the record on August 28, 2007) and on the jury's finding in favor of the remaining defendant on the remaining claims, judgment is entered for the defendants on all the claims.**

AUGUST 28, 2007
Date

ROBERT C. HEINEMANN
Clerk

*(signature)*
(By) Deputy Clerk